AO 91, Rev. 11/82 (D. Ignall Authorizing) **CRIMINAL COMPLAINT** # 12-139

| United States District Court | DISTRICT: Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA v. Alex Price | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 12-1484 |

Complaint for violation of Title 18 United States Code § 659

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable LINDA K. CARACAPPA | U.S. Magistrate Judge | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| October 11, 2012 | Philadelphia, Pennsylvania | 5528 Malcolm Street Philadelphia, PA |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October 11, 2012, in the Eastern District of Pennsylvania, the defendant, Alex Price, knowingly and with intent to convert to his own use, embezzled, stole, took, and carried away goods from an aircraft and airport, and knowingly and with intent to convert to his own use, broke into, stole, embezzled, concealed, carried away, and possessed the contents of certain baggage, that is approximately $20,000 in United States Currency that had come into possession of a common carrier and was at an airport for transport in interstate commerce aboard a US Airways flight from Dallas/Fort Worth Airport, Texas, to Philadelphia International Airport, Pennsylvania, in violation of Title 18, United States Code, Section 659

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
John Sermons
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE
Honorable LINDA K. CARACAPPA, United States Magistrate Judge

DATE: 10/23/2012

1) See Federal Rules of Criminal Procedure rules 3 and 54.

## AFFIDAVIT IN SUPPORT OF ARREST WARRANTS

I, JOHN DEVEN SERMONS, being duly sworn, do hereby depose and state that:

I am employed as a Special Agent of the Federal Bureau of Investigation ("FBI") in Philadelphia, Pennsylvania. I have been employed as a Special Agent since January 2010. I am presently assigned to the Violent Crimes Task Force, which investigates bank robberies, kidnaping, fugitives, and Hobbs Act robberies, among other violations of law.

The following information was compiled by your affiant from a variety of sources to include my personal knowledge, information obtained during my participation in this investigation, review of documents, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is being submitted in support of an arrest warrant for ALEX PRICE for his participation in the October 11, 2012, theft of $20,000 in uncirculated Federal Reserve United States Currency being transported onboard US Airways flight 1210. I have not included every fact known to me concerning this investigation, rather I have submitted only those facts and circumstances that I believe establish probable cause to support the issuance of an arrest warrant for ALEX PRICE.

### THE OCTOBER 11, 2012 THEFT:

I learned from a US Airways representative that on October 11, 2012, at approximately 10:35 a.m., US Airways flight 1210 out of Dallas/Fort Worth, Texas landed at Philadelphia International Airport. A US Airways representative told me that loaded on Flight 1210 were sixty (60) packages of US Currency, each containing a total of approximately $3.2 million. This cash was unique in that it was all a new type of $100 Federal Reserve Note that has not yet been released for public use. The US currency was scheduled to be delivered to the United States

Federal Reserve in East Rutherford, New Jersey. Philadelphia Police Officers and I interviewed a number of people who were working as baggage handlers on October 11, 2012. These witnesses stated that currency was unloaded from flight 1210 and transferred to an armored vehicle operated by Dunbar Security.

I spoke to the two guards from Dunbar Security who drove the armored vehicle into which the currency was transferred. The drivers told me that they transported the currency to East Rutherford, New Jersey. Upon unloading the currency, Dunbar Security personnel reported that one of the packages of currency containing approximately $3.2 million dollars was ripped open. Taken from the package containing approximately $3.2 million dollars was $20,000. The guards told me that no one had opened the packages while they were in the possession of Dunbar Security.

Members of the Philadelphia FBI and the Philadelphia Police Department conducted interviews with multiple US Airways baggage handlers who worked flight 1210. US Airways security personnel provided me with a list of individuals who were working as baggage handlers on October 11, 2012. One of those baggage handlers, ALEX PRICE, was interviewed over the telephone by the Philadelphia Police Department on October 11, 2012. PRICE informed the Philadelphia Police Department that he didn't see anyone take anything off US Airways flight 1210 without permission.

On October 17, 2012, PRICE was interviewed by SA Charles Kincaid and me in order to document an accurate timeline of events that took place on October 11, 2012. During the interview with PRICE, PRICE stated that he was the only US Airways baggage handler who had direct access to the US currency onboard US Airways flight 1210. PRICE advised your affiant that he had no involvement in the theft of US currency in question. PRICE advised me that he

was willing to undergo a polygraph examination in order to exonerate himself.

On October 23, 2012, at approximately 9:30 a.m., I picked PRICE up at the Philadelphia International Airport and transported him to the Philadelphia FBI headquarters located at 600 Arch Street, Philadelphia, Pennsylvania, in order to undergo a polygraph examination. PRICE was advised of his Miranda Rights, which he waived and agreed to speak to FBI agents. PRICE also waived his rights and agreed to undergo a polygraph examination.

At the conclusion of the polygraph examination, PRICE confessed to an FBI polygrapher that he had stolen $20,000 of Federal Reserve currency being transported onboard US Airways flight 1210 on October 11, 2012. PRICE stated that the $20,000 was being hidden in a vehicle owned by him. PRICE advised the FBI polygrapher that he would take me to his personal vehicle in order to recover the $20,000.

Other FBI personnel and I transported PRICE to the area of the 5500 block of Malcolm Street in Philadelphia. PRICE stated that he owned two vehicles, a gold Nissan Armada, Pennsylvania license HRT3037, and a white Nissan Maxima, Pennsylvania license HYF8331. PRICE indicated that the $20,000 in currency was located in the white Nissan Maxima. The keys to the white Nissan Maxima were located in the gold Nissan Armada. I requested permission from PRICE to first enter the gold Nissan Armada, recover the white Nissan Maxima keys, and gain access to the white Nissan Maxima owned by PRICE. PRICE agreed and signed a FD-26, Consent to Search form, allowing FBI personnel to conduct a search of the white Nissan Maxima, Pennsylvania license HYF8331.

FBI personnel conducted a search of the white Nissan Maxima and recovered a blue draw string bag containing two bundles of US currency. The US currency consisted of the new type of uncirculated $100 bills. FBI personnel secured PRICE's vehicle and returned to FBI

headquarters located at 600 Arch Street, Philadelphia, Pennsylvania with PRICE.

After arriving at FBI headquarters in Philadelphia, Pennsylvania, PRICE was again admonished of his Miranda rights utilizing a FD-395 Advise of Rights form. PRICE waived his Constitutional rights and agreed to speak to FBI personnel. PRICE confessed to the theft at the Philadelphia Airport of $20,000 of US currency that was being transported on US Airways flight 1210 on October 11, 2012.

FBI personnel conducted an audit of the US currency recovered and determined that $20,000 of the uncirculated $100 bills had been recovered from PRICE's white Nissan Maxima.

Based on all of the facts set forth in this affidavit and based on my training and experience, I have probable cause to believe that ALEX PRICE participated and executed the theft of $20,000 of United States currency that was being transported on US Airways flight 1210 on October 11, 2012, all in violation of Title 18, United States Code, 659.

_____
JOHN DEVEN SERMONS
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 23 day of October, 2012

_____
Honorable Linda K. Caracappa
United States Magistrate Judge

4